STEVEN W. MYHRE
Acting United States Attorney

ELIZABETH FIRER
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Tel: (415) 977-8937
    Fax: (415) 744-0134
    Email: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JACQUELINE A. MARZAN,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-02740-GWF<br><br>**UNOPPOSED MOTION OF DEFENDANT FOR EXTENSION OF TIME (*FIRST REQUEST*)** |

Defendant Nancy A. Berryhill, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross Motion to Affirm the Commissioner's Decision and Response to Plaintiff's Motion for Reversal, due on April 16, 2018, by 30 days, making the Cross Motion due May 16, 2018, with all other deadlines extended accordingly.

-1-

This extension is being sought because counsel for Defendant is a new hire, who recently had a family emergency taking her out of the office, and she needs more time to draft the brief and go through the necessary in-house reviews. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on April 12, 2018.

Respectfully submitted this 12th day of April 2018.

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Elizabeth Firer*
ELIZABETH FIRER
Special Assistant United States Attorney

OF COUNSEL:

S. WYETH MCADAM
Assistant Regional Counsel
Social Security Administration

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/13/2018